Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Brittany V. Berzin (Cal. State Bar No. 325121)
Jessica L. Hart (Cal. State Bar No. 331441)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 120
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
      jrodriguez@shimodalaw.com
      bberzin@shimodalaw.com
      jhart@shimodalaw.com

Attorneys for Plaintiff ELIZABETH COY
individually and on behalf of Aggrieved Employees

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH COY, on behalf of herself and Aggrieved Employees,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN HOME CARE SERVICES, INC., a Delaware Corporation; RES-CARE CALIFORNIA, INC. (DBA RCCA SERVICES), a Delaware Corporation; RES-CARE, INC. (DBA ALL WAYS CARING HOMECARE), a Kentucky Corporation; RSCR CALIFORNIA, INC., a Delaware Corporation; CRISTINA KOVAL, an individual; ELIZABETH FLOREZ, an individual, and DOES 1 to 100, inclusive,<br><br>    Defendants. | **Case No. 2:21-CV-00067-JAM-CKD**<br><br>Hon. Judge John A. Mendez<br><br>**JOINT STIPULATION TO VACATE THE FRCP, RULE 26 (F) DEADLINES SET FOURTH IN THIS COURT'S ORDER RE SERVICE OF PROCESS AND JOINT STATUS REPORT PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO REMAND; ORDER**<br><br>Filed:      11/25/2020<br>Removed:  01/13/2021<br>Trial Date:  Not Set |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

//

017088.0000829
822987.1

1
JOINT STIPULATION TO VACATE THE FRCP, RULE 26 (F) DEADLINES SET FOURTH IN THIS COURT'S ORDER RE SERVICE OF PROCESS AND JOINT STATUS REPORT PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO REMAND; ORDER

Plaintiff ELIZABETH COY ("Plaintiff") and Defendants SOUTHERN HOME CARE SERVICES, INC.; RES-CARE CALIFORNIA, INC. (SBA RCCA SERVICES); RES-CARE, INC. (DBA ALL WAYS CARING HOMECARE); and RSCR CALIFORNIA, INC., ("Defendants") (collectively referred to as the "Parties") hereby submit this joint stipulation to vacate the FRCP, Rule 26(f) conference and joint status report deadlines set forth in this Court's Order Requiring Service of Process and Joint Status Report pending an Order on Plaintiff's Motion to Remand and state as follows:

## **STIPULATION**

1. WHEREAS, Defendants removed this individual wage and hour and PAGA action from Sacramento County Superior Court on January 1, 2013.  (Docket Entry ("D.E.") 1);

2. WHEREAS, the Court issued an Order Requiring Service of Process and Joint Status Report on January 13, 2021. (D.E. 2);

3. WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on January 20, 2021; (D.E. 3);

4. WHEREAS, Plaintiff filed a Motion to Remand this action back to state court on February 8, 2021. (D.E. 4);

5. WHEREAS, the Motion to Remand was fully briefed on March 2, 2021 (D.E. 8);

6. WHEREAS, on February 22, 2021, the Parties agreed that, given the pending Motion to Remand and considering judicial and party efficiency, it was best to request that the deadlines in the Court's Order Requiring Service of Process and Joint Status Report regarding the FRCP, Rule 26(f) conference and joint status report be vacated, pending the outcome of Plaintiff's Motion to Remand to determine the threshold issue of removal, and the related issues raised by Defendants' Motion to Dismiss.  *See, e.g., Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994); *Marley v. United States*, 567 F.3d 1030, 1032 (9th Cir. 2009) ("A federal court generally may not rule on the merits of a case without first determining that it has jurisdiction"); *Sinochem Int'l Co. v. Malay. Int'l Shipping Corp.*, 549 U.S. 422, 430-431 (2007) ("Without jurisdiction the court cannot proceed at all in any cause; it may not assume

017088.0000829
822987.1

2
JOINT STIPULATION TO VACATE THE FRCP, RULE 26 (F) DEADLINES SET FOURTH IN THIS COURT'S ORDER RE SERVICE OF PROCESS AND JOINT STATUS REPORT PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO REMAND; ORDER

1  jurisdiction for the purpose of deciding the merits of the case");

2      7.    WHEREAS, the Parties further agree that postponing the Rule 26 (f) deadlines
3  until Plaintiff's challenge to jurisdiction has been resolved will facilitate to the mutual goal of
4  the Parties to minimize attorneys' fees;

5      8.    WHEREAS, the Parties agree and propose to confer in accordance with Rule
6  26(f) within 30 days of the Court's order on Plaintiff's Motion to Remand, and thereafter within
7  the time specified by Rule 26, make the initial disclosures pursuant to Rule 26(a)(1) and file
8  their report pursuant to Rule 26(f);

9      9.    This extension is the first extension sought regarding the requirements of Rule
10 26(f);

11     10.    The extension is not sought for any improper purpose or to delay and will not
12 result in prejudice to either party;

13     11.    If the Court is not inclined to vacate the deadlines in the Order pending a ruling
14 on the Motion to Remand, the Parties will promptly meet and confer and submit a full Joint
15 Statement of the case;

16     12.    NOW THEREFORE, the Parties stipulate to confer in accordance with Rule 26(f)
17 within 30 days of the Court's order on Plaintiff's Motion to Remand, and thereafter within the
18 time specified by Rule 26, make the initial disclosures pursuant to Rule 26(a)(1) and file their
19 report pursuant to Rule 26(f).

20 Dated:  March 3, 2021                                   SHIMODA LAW CORP.

21                                                        By:   /s/ Jessica L Hart
                                                              Galen T. Shimoda
22                                                            Justin P. Rodriguez
                                                              Brittany V. Berzin
23                                                            Jessica L. Hart
                                                              Attorneys for Plaintiff
24

25 Dated:  March 3, 2021                                   HAWKINS PARNELL & YOUNG LLP

26                                                        By:   /s/ Phil. J. Montoya
                                                              Phil J. Montoya, Jr.
27                                                            Attorney for Defendants
28

017088.0000829
822987.1

3
JOINT STIPULATION TO VACATE THE FRCP, RULE 26 (F) DEADLINES SET FOURTH IN THIS COURT'S
ORDER RE SERVICE OF PROCESS AND JOINT STATUS REPORT PENDING THIS COURT'S ORDER ON
PLAINTIFF'S MOTION TO REMAND; ORDER

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. The deadlines set forth in this Court's Order Requiring Service of Process and Joint Status Report regarding the FRCP, Rule 26(f) conference and Joint Status Report are vacated pending the Court's Order on the Motion to Remand; and

2. The Parties shall confer in accordance with Rule 26(f) within 30 days of the Court's order on Plaintiff's Motion to Remand, and thereafter within the time specified by Rule 26, make the initial disclosures pursuant to Rule 26(a)(1) and file their report pursuant to Rule 26(f).

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: March 3, 2021                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

017088.0000829
822987.1

4
JOINT STIPULATION TO VACATE THE FRCP, RULE 26 (F) DEADLINES SET FOURTH IN THIS COURT'S ORDER RE SERVICE OF PROCESS AND JOINT STATUS REPORT PENDING THIS COURT'S ORDER ON PLAINTIFF'S MOTION TO REMAND; ORDER